IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Criminal Action No.  96-CR-418-ZLW-23

UNITED STATES OF AMERICA,

    Plaintiff,

v.

23.  ANTHONY D. LOCKE,
    a/k/a "Sealed,"

    Defendant.

_____

ORDER

_____

The matters before the Court are Defendant's motion for sentence reduction (Doc. No. 1342) and Defendant's Supplement To Motion For Sentencing Relief Pursuant To 18 U.S.C. § 3582 And Request For Early Termination Of Supervised Release Pursuant To 18 U.S.C. § 3583(e)(1) (Doc. No. 1352, 1353).  After carefully reviewing the moving and responding papers and the detailed recommendation by the Probation Officer, which was approved by the Supervising Probation Officer, the Court concludes that Defendant's request for sentencing relief is moot pursuant to 18 U.S.C. § 3582(c)(2) because Defendant is not currently incarcerated for the offense.  Further, the Court declines to order early termination of Defendant's supervised release based on his marginal performance in supervised release, in particular, his conviction for domestic violence while on supervised release.  Accordingly, it is

ORDERED that Defendant's motion for reduction of sentence (Doc. No. 1342) and Supplement To Motion For Sentencing Relief Pursuant To 18 U.S.C. § 3582 And Request For Early Termination Of Supervised Release Pursuant To 18 U.S.C. § 3583(e)(1) (Doc. Nos. 1352, 1353), are denied.

DATED at Denver, Colorado, this 1st day of July, 2009.

BY THE COURT:

*[signature]*

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court